Form to be used by a prisoner filing a civil rights complaint under
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

_James Claiborne Magee_
**Full Name of Plaintiff, Prisoner Number**       Civil Action **09-5839**

_James Magee_
**VS.**                                           Judge **SECT. N MAG 5**

_St Tammany parish jail_
**Defendant**                                     **Magistrate Judge**
_Deputy Guy_

**COMPLAINT**

**I.   Previous Lawsuits**

  A.  Have you begun any other lawsuit while incarcerated or detained in any facility?
      Yes _____    No _X_

  B.  If your answer to the preceding question is yes, provide the following information.

      1.  State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

          N/A

      2.  Name the parties to the previous lawsuit(s):

          Plaintiffs: _____
          Defendants: _N/A_

      3.  Docket number(s): _____

      4.  Date(s) on which each lawsuit was filed: _____

      5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

TENDERED FOR FILING

AUG - 5 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___Fee _Pauper_
___Process_____
_X_ Dktd _____
___CtRmDep_____
___Doc. No._____

3

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes _____   No _✗_

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____N/A_____

II. A. Name of institution and address of current place of confinement:
_St. Tammany parish jail_

B. Is there a prison grievance procedure in this institution?
Yes _✗_   No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes _✗_   No _____
If Yes, what is the Administrative Remedy Procedure number? _N/A_

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

_____ 3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

_Request, complaint, A.r.p., Emergency A.r.p._
_with no results from any_
Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III. Parties to Current Lawsuit:**

4

A. Name of Plaintiff James Claiborne Magee
   Address PO Box 408 Covington LA, 70434
B. Defendant, St. Tammany parish Jail, is employed as
   _____ at St Tammany parish.
   Defendant, Deputy Guy, is employed as
   Deputy sheriff at St. Tammany parish Jail
   Defendant, Inmate DIAZ, is employed as
   _____ at _____.
   Additional defendants _____

### IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On 1/16/08 at approx. 08:00 hours in dorm A5con of St. Tammany parish Jail Deputy Guy entered the teir and yelled "wheres "Magee" your going to the back of the jail. I then responded I have enemies back there & per warden Longino and captian Hanson this is my assigned bunk until trial he then screamed "roll your shit up now bitch or I'ma kick your ass and drag you outta there." I then requested to (speak with a shift supervisor as I feared for my Immediate safety) Deputy Guy then p___ his finger at me & said "I'm gonna make sure you get what you deserve" as he exited the teir & placed a call from Control center. Aprox. 5 min later Deputy Rachel Comaix entered my cell & cuffed my hands behind my back she then escorted me off the teir & into the sallyport. Deputy Guy then approached me from behind & electrocuted me until I lay prostrate on the ground then inmate DIAZ ran up & kicked me

several times while Deputy Guy continued to shock me multiple, multiple times while screaming "Get up Bitch" I here by alledge that these attacks came without warning or provocation, that they were premeditated & that there was a blatant display of "excessive use of force" and my 14th Amendment rights were violated, furthermore there were several witness to this incident and have agreed to testify Leonard reed, Jeofroy Jacobs, Frank knight

### V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

for an apology & $250,000

### VI. Plaintiff's Declaration

    **A. I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

    B. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

    C. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

**Signed this** 30th **day of** July , 09 .

_____          _____
Prisoner no. (Louisiana Department of                Signature of Plaintiff
Corrections or Federal Bureau of Prisons)

James Moore
PO Box 405 CA-600
Covington LA
70434

Clerks office
United States District Court for the Eastern
District of Louisiana,

500 camp St.
New Orleans Louisiana 70130