UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES CLAIBORNE MAGEE                    CIVIL ACTION

VERSUS                                   NO: 09-5839

ST. TAMMANY PARISH JAIL,                 SECTION: R(3)
DEPUTY GUY


## ORDER


On September 21, 2009, plaintiff James Claiborne Magee,

filing *pro se* and *in forma pauperis*, sued named defendants St.

Tammany Parish Jail, Deputy Guy, and Inmate Diaz under 42 U.S.C.

§ 1983.[1]  Magee alleges that he was repeatedly electrocuted and

kicked by Deputy Guy and Inmate Diaz on November 16, 2008.  On

November 9, 2009, St. Tammany Parish Jail moved to dismiss

Magee's claims.[2]  In a partial report and recommendation filed on

March 5, 2010, the Magistrate Judge found that St. Tammany Parish

Jail should be dismissed with prejudice because it is not a

juridical "person" that may be sued under § 1983.[3]  The

Magistrate Judge also found that Inmate Diaz should be dismissed

because he was not alleged to have acted under color of state law

---

[1]     (R. Doc. 1.)

[2]     (R. Doc. 13.)

[3]     (*See* R. Doc. 16.)

and therefore could not be sued under § 1983.[4] Magee does not object to the dismissal of these two parties.[5] There being no objection to the Magistrate Judge's partial report and recommendation, the Court hereby approves the partial report and recommendation and adopts it as its own opinion. It is ordered that Magee's claims against St. Tammany Parish Jail be DISMISSED WITH PREJUDICE, and his claims against Inmate Diaz be DISMISSED WITHOUT PREJUDICE.

Although Magee does not object to the dismissal of St. Tammany Parish Jail and Inmate Diaz, he does assert that the Magistrate Judge's partial report and recommendation "does not in its context, list all defendants namely the sheriff Jack Strain and the warden Al Strain."[6] Jack Strain and Al Strain are not named in Magee's complaint and therefore are not properly before the Court.

New Orleans, Louisiana, this <u>5th</u> day of April, 2010.

*Sarah Vance*

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[4]    (*Id.*)

[5]    (*See* R. Doc 17 ("[P]lease note I have no objections to the dismissed parish jail nor Inmate Diaz."))

[6]    (*Id.*)