**MINUTE ENTRY**
**ROBY, M. J.**
**July 20, 2010**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES CLAIBORNE MAGEE #559701** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-5839** |
| **ST. TAMMANY PARISH JAIL, ET AL** | **SECTION: "R" (4)** |

**ORDER**

A **RULE 16 SCHEDULING CONFERENCE by telephone** was held on this date.

**PRESENT**: James Claiborne Magee, pro se and Gary L. Hanes, Esquire.

Pleadings have been completed. Jurisdiction and venue are established.

All pretrial **motions** shall be filed and served in sufficient time to permit hearing thereon by **December 15, 2010**. Any motions filed in violation of this order shall be deemed waived unless good cause is shown.

Counsel shall complete all disclosure of information as follows:

a. **Depositions** for trial use shall be taken and all discovery shall be completed not later than 30 days prior to the Trial Date.

b. **Amendments to pleadings**, third-party actions, cross- claims, and counterclaims shall be filed no later than 30 days from the date of the Scheduling Conference.

c. **Counsel adding new parties subsequent** to mailing of this Notice shall serve on each new party a copy of this Order. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

d. Counsel for the parties shall file in the record and serve upon their opponents **a list of all witnesses who may or will be called to testify at trial and all exhibits** which may or will be used at trial not later than 60 days prior to the Trial Date.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

**All parties have verbally consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (c), Accordingly**,

**A Settlement Conference and the Final Pretrial Conference by TELEPHONE** will be held on **February 11, 2011, at 1:30 p.m.** before this Magistrate Judge. Counsel will be prepared in accordance with the final Pretrial Notice attached. Counsel shall submit the original and one copy of the pre-trial order to this Magistrate Judge no later than **February 9, 2011. The Court will initiate the call to the parties.**

**Trial** will commence on **February 28, 2011, at 8:30 a.m.** before the Magistrate Judge **with a jury**. Trial is estimated to last **3** days. The Court will issue, at a later date, the necessary order to have the plaintiff made available for trial.

**The Warden is directed to have the plaintiff, JAMES CLAIBORNE MAGEE, made available by telephone for the settlement and pretrial conference** on **February 11, 2011, at 1:30 p.m.** The Clerk is directed to send a copy of this Order to the Warden of Louisiana State Penitentiary in Louisiana State Penitentiary, Louisiana.

**The Clerk of Court is further directed to provide all counsel with a copy of the appropriate Pretrial Notice as an attachment to this Order.**

New Orleans, Louisiana, this 21st day of July 2010

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY:**
**Louisiana State Penitentiary, Warden**
**General Delivery**
**Angola, LA 70712**