**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES CLAIBORNE MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-5839** |
| **ST. TAMMANY PARISH JAIL, ET AL.** | **UNITED STATES MAGISTRATE JUDGE KAREN WELLS ROBY** |

**J U D G M E N T**

For the reasons this date separately assigned and having granted summary judgment in favor of the sole remaining defendant; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendant, Deputy William Guy, and against the plaintiff, James Claiborne Magee, **DISMISSING WITH PREJUDICE** the plaintiff's excessive force claims against Deputy Guy until such time as the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994) have been met.[1]

New Orleans, Louisiana, this 28th day of January, 2011.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

[1]*See DeLeon v. City of Corpus Christi*, 488 F.3d 649, 657 (5th Cir. 2007) ("A preferred order of dismissal in *Heck* cases decrees, 'Plaintiffs claims are dismissed with prejudice to their being asserted again until the *Heck* conditions are met.'"), quoting *Johnson v. McElveen*, 101 F.3d 423, 424 (5th Cir. 1996).